No. 276, Misc.   McWHORTER *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO ET AL. Motion for leave to file petition for writ of mandamus denied.   Petitioner *pro se.*   *Solicitor General Rankin* for respondents.

No. 556.   UNITED STATES *v.* DEGE ET VIR.   Appeal from the United States District Court for the Southern District of California.   Probable jurisdiction noted.   *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 557.   NATIONAL LABOR RELATIONS BOARD *v.* INSURANCE AGENTS INTERNATIONAL UNION, AFL–CIO.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari granted.   *Solicitor General Rankin, Jerome D. Fenton, Thomas J. McDermott, Dominick L. Manoli* and *Frederick U. Reel* for petitioner.   *Isaac N. Groner* for respondent.   *Nahum A. Bernstein* filed a brief for the Prudential Insurance Company of America, as *amicus curiae,* urging that the petition for writ of certiorari be granted.